## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA LORAINE FLETCHER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-03972-TWP-TAB |
| HARRIS & HARRIS, LTD., | ) |
| Defendant. | ) |

## ORDER

The Court has been advised by Plaintiff that a settlement has been reached in this action (Dkt. No. 12). It is therefore ordered that all dates and deadlines previously established are vacated. Any pending motion is denied as moot. Counsel is directed to proceed to finalize the agreement to resolve these claims, and to file the appropriate dismissal papers with the Clerk of Court on or before March 19, 2018. Failure to do so will result in dismissal with prejudice pursuant to Fed. R.Civ. P. 41(b).

IT IS SO ORDERED.

Date:  1/17/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Mohammed O. Badwan
SULAIMAN LAW GROUP LTD.
mbadwan@sulaimanlaw.com

Taxiarchis Hatzidimitriadis
SULAIMAN LAW GROUP LTD.
thatz@sulaimanlaw.com

Jason L. Santos
HINSHAW & CULBERTSON LLP (Chicago)
jsantos@hinshawlaw.com

Ahmad Tayseer Sulaiman
SULAIMAN LAW GROUP LTD.
ahmad.sulaiman@sulaimanlaw.com

Nathan C. Volheim
SULAIMAN LAW GROUP, LTD.
nvolheim@sulaimanlaw.com